*Maxwell Arent* for appellant.

*Joseph Lonardo* and *Nicholas M. Pette* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

PETER J. LITSCH, Respondent, *v.* TODDS, IRONS & ROBERTSON, INC., Appellant.

*Negligence — failure of general contractor to light stairways of building under construction — when employee of subcontractor injured from falling down unlighted stairway may recover.*

*Litsch* v. *Todds, Irons & Robertson, Inc.*, 209 App. Div. 862, affirmed. (Argued October 15, 1924; decided November 25, 1924.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 25, 1924, affirming a judgment in favor of plaintiff entered upon a verdict in an action by an employee of a subcontractor against the general contractor to recover for personal injuries alleged to have been sustained by said employee through the negligence of said general contractor in failing to keep lighted the stairways of a building under construction by reason of which plaintiff, while in the course of his employment, fell down a stairway and received the injuries complained of.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for appellant.

*Arthur T. O'Leary* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.